

**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

ROBERT FRAZER
United States Attorney

*Christian H. Carrara*
*Assistant United States Attorney*

*401 Market Street, 4th Floor*
*P.O. Box 2098*
*Camden, NJ 08101*

*Main: (856) 757-5026*
*Direct: (973) 494-6933*
*christian.carrara2@usdoj.gov*

August 10, 2026

**Via ECF**
Hon. Robert Kirsch, U.S.D.J.
United States District Court
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

Re:    *Pablo Ocelotl v. Blanche, et al.*, No. 3:26-cv-10055 (RK)
       **Petitioner's Release from Custody**

Dear Judge Kirsch:

This Office represents Respondents in the above-captioned habeas immigration action. Pursuant to Your Honor's August 8, 2026 Order, ECF 2, Respondents write to inform the Court that U.S. Immigration and Customs Enforcement has advised this Office that Petitioner was released from immigration custody on August 8, 2026, at 9:21 PM under the same conditions that existed prior to detention and with his personal property.

We thank the Court for its consideration of this matter.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By:    *s/ Christian H. Carrara*
       CHRISTIAN H. CARRARA
       Assistant United States Attorney
       *Attorneys for Respondents*

This matter shall be marked CLOSED.
SO ORDERED.

_____
Robert Kirsch, U.S.D.J.
DATE:    August 10, 2026